JUAN CHEMELLO, Appellant, *v.* EMANUEL ENDLICH et al., Respondents.

*Practice — consolidation of actions.*

*Chemello* v. *Endlich*, 206 App. Div. 757, affirmed.
(Argued October 3, 1923; decided October 23, 1923.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 29, 1923, which affirmed an order of Special Term granting a motion for the consolidation of two actions.

The following question was certified: " Upon the record herein, was the court authorized, pursuant to the provisions of section 96 of the Civil Practice Act, to grant the motion made by the defendants herein to consolidate this action with an action pending in the same court entitled " H. Bernard Cohen, plaintiff, against Steneck Trust Co., defendant?"

*Franklin Bien* and *Bennett E. Siegelstein* for appellant.

*Gustave A. Teitelbaum* and *Louis Jay* for Emanuel Endlich et al., respondents.

*Edward D. Bryde* for Steneck Trust Company, respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.